APALLA U. CHOPRA (SB # 163207)
achopra@omm.com
ADAM J. KARR (SB # 212288)
akarr@omm.com
MARNI B. ROBINOW (SB # 313412)
mrobinow@omm.com
ALEXIS M. FASIG (SB # 334623)
afasig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant GLAUKOS
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FLOOD-CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GLAUKOS CORPORATION, a corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 8:23-cv-02499-JLS-DFM<br><br>[~~XXXXXXXXX~~] [PROPOSED] ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND PROTECTIVE ORDER |

# ORDER

Having reviewed the STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND PROTECTIVE ORDER submitted by Plaintiff Michelle Flood-Campbell and Defendant Glaukos Corporation and **GOOD CAUSE APPEARING**, the Court hereby approves the STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND PROTECTIVE ORDER.

**IT IS SO ORDERED.**

Dated: September 3, 2024

HON DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE